1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>REAL PROPERTY LOCATED AT 1632 COLORADO BLVD., LOS ANGELES, CA 90041 (HOLDER FAMILY TRUST),<br><br>　　　　　　Defendant. | Case No. 2:12-cv-10566-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

　　　Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." This action commenced on December 10, 2012, but to date no proof of service has been filed with the Court, and no claimant has appeared in this case.

　　　Plaintiff United States of America is therefore **ORDERED TO SHOW CAUSE** why service has not been effected. The United States has 7 days to comply with this order; or if service has been effected, the United States has 7 days to file the

/ / /
/ / /
/ / /
/ / /

proof of service. Failure to respond will result in dismissal of this action without prejudice under Federal Rule 4(m).

**IT IS SO ORDERED.**

April 19, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**