# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>REAL PROPERTY LOCATED AT 1632 COLORADO BLVD., LOS ANGELES, CA 90041 (HOLDER FAMILY TRUST),<br><br>        Defendant. | Case No. 2:12-cv-10566-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

      On April 30, 2013, the Court granted the parties' stipulation to extend the time for Claimants Jeffrey and Lynn Holder to file a verified claim to the United States' Complaint. The stipulation also provided that the Holders would have 20 days from the date they filed their claim to answer the Complaint.

      The Holders filed their claim on April 25, the same day they submitted their stipulation to the Court. Their Answer was therefore due by May 15, 2013, yet to date no answer has been filed. Accordingly, the Court hereby **ORDERS** the United States **TO SHOW CAUSE** in writing no later than May 29, 2013, why this matter should

/ / /
/ / /
/ / /
/ / /

not be dismissed for lack of prosecution. The United States' request for entry of default will suffice in lieu of a written response.

**IT IS SO ORDERED.**

May 22, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**